Womble Bond Dickinson (US) LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Todd Feltus (State Bar No. 019076)**
Direct Dial: 602.262.5397
Direct Fax: 602.262.5747
Email: Todd.Feltus@wbd-us.com

**Chris A. Underwood (State Bar No.036649)**
Direct Dial: 602.262.5716
Direct Fax: 602-262-5747
Email: Chris.Underwood@wbd-us.com

*Attorneys for Plaintiff Kozzle LTD*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kozzle LTD,<br><br>                    Plaintiff,<br><br>          v.<br><br>NET Holding A.S., and Merit Turizm Yatirim ve Isletme A.S.,<br><br>                    Defendants. | Case No. 2:26-cv-00256-DWL<br><br>**NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Kozzle LTD provides notice that it is dismissing the Complaint without prejudice.  Defendants have not answered the Complaint or served a motion for summary judgment.

DATED this 25th day of June, 2026.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Todd Feltus*
Todd Feltus
Chris A. Underwood

*Attorneys for Plaintiff*



WOMBLE BOND DICKINSON

201 East Washington Street, Suite 1200
Phoenix, AZ 85004